IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | : |
| v. | : Case No. CCB-20-285 |
| JOHNSON OGUNLANA, | : |
| Defendant | : |

**ORDER ON ORAL MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Having considered Mr. Ogunlana's unopposed oral motion to modify the conditions of his pretrial release, and good cause appearing, it is hereby **ORDERED**:

1) The defendant's oral motion is granted.

2) Defendant's curfew can be modified for employment purposes as approved in advance by Pretrial Services.

3) The condition requiring remote alcohol testing is removed.

4) All other previously-imposed conditions of pretrial release shall remain in effect.

Hon. Deborah L. Boardman
UNITED STATES MAGISTRATE JUDGE

1