**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

October 22, 2020

MEMORANDUM TO COUNSEL

    Re:    *United States v. Johnson Ogunlana, et al.*
               Criminal No. CCB-20-0285

Dear Counsel:

      This will confirm the results of our conference call today. Discovery is largely but not entirely complete. A status report is due from counsel on November 23, 2020, addressing the need for any defense motions to be filed and the likelihood that one or both of the defendants will choose to proceed to a jury trial. Counsel will be contacted shortly thereafter to set a scheduling conference call in accordance with the contents of the status report.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                            Sincerely yours,

                                            /S/

                                            Catherine C. Blake
                                            United States District Judge